## DEFENDANT INFORMATION SHEET    *CR 26-105-UNA*

**TO:** Clerk, U.S. District Court    [ X ] Felony    [ ] Class A Misdemeanor

**DEFENDANT:**    Casey Muggleston    [ ] Complaint    [ X ] Indictment    [ ] Information

**DOB (Year Only)**    1982    **COUNTY OF OFFENSE:**    New Castle

### OFFENSE(S) & CITATION(S):    MAXIMUM PENALTIES:

| OFFENSE(S) & CITATION(S) | MAXIMUM PENALTIES |
|---|---|
| Count 1 – Securities Fraud (18 U.S.C. §§ 1348 & 2) | 25 years in prison; greater of $250,000 fine or twice the gain derived from the offense; five years of supervised release |
| Counts 2-5 – Insider Trading (15 U.S.C. §§ 78j(b) & 78ff and 17 C.F.R. § 240.10b-5) | 20 years in prison; greater of $5,000,000 fine or twice the gain derived from the offense; 3 years of supervised release |
| | |
| | |

**FILED**
**JUN 2 3 2026**
US DISTRICT COURT
DISTRICT OF DELAWARE

### INSTRUCTIONS

[ ] Order to Produce for Arraignment on:    at 1:00 p.m.

[ ] Issue Arrest Warrant upon signing of Order

[ X ] Issue Summons for Initial Appearance on:    July 2, 2026    at    1 pm

[ ] Interpreter Needed    Language

### DEFENDANT INFORMATION

Defendant's Address:

City:    Wilmington    County:    State:    DE    Zip:    19808

Date of Arrest:    Date of 1st Appearance in this District

Bail Set:    Date Made:    Remains in Federal Custody [ ]

*/s/ Bryan C. Williamson*
Corey J. Hauser
Bryan C. Williamson
Assistant United States Attorneys